

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/2/2020_

June 30, 2020

*Via ECF*

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Ramon Cayetano v. Federal Express Corporation d/b/a FedEx*
              Index No. 19-cv-10619 (AT)

Dear Judge Torres:

Pursuant to Rule 1(C) of your Individual Rules of Practice in Civil Cases, I am submitting this letter, on consent of all parties, to request that the Court extend the parties' time for mediation and adjourn the initial pretrial conference currently scheduled for July 9, 2020.

The parties' mediation conference was originally scheduled for April 21, 2020. Due to the COVID-19 pandemic, the mediation was rescheduled to June 25, 2020 to allow for in-person mediation. However, in-person mediation was still not possible on that date due to the ongoing pandemic. The parties are now requesting an extension of time for mediation and have agreed upon a date of August 11, 2020 to allow for in-person mediation. Plaintiff Cayetano's ability to meaningful participate in mediation would be significantly frustrated by using video conferencing methods. Plaintiff has limited access to technology and limited English proficiency.

The initial pretrial conference scheduled for May 12, 2020 was adjourned by the Court to July 9, 2020 in light of the re-scheduled mediation. Previously, the Court adjourned the initial pretrial conference from March 25, 2020 to May 12, 2020, in light of the parties' scheduled mediation conference. Now, the parties seek adjournment of the initial pretrial conference from July 9, 2020 to a date after the parties' mediation.

Respectfully submitted,

*Julia Rosner*

Julia Rosner
MANHATTAN LEGAL SERVICES
*Attorneys for Plaintiff*
1 W. 125th St., 2nd Fl.
New York, NY 10027
Email: jrosner@lsnyc.org
Phone: 646-442-3148

GRANTED. The initial pretrial conference scheduled for July 9, 2020 is ADJOURNED to **August 25, 2020**, at **11:00 a.m.** The initial pretrial conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

By **August 18, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 2, 2020
       New York, New York

ANALISA TORRES
United States District Judge