UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CAYETANO,

                Plaintiff,

-v-

FEDERAL EXPRESS CORPORATION,
d/b/a FEDEX,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10619 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

This action has been referred to the undersigned for Settlement. (ECF No. 27). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, August 4, 2022 at 4:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
               July 21, 2022

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge